MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

07 CV 10630

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
            - v -                   :         VERIFIED COMPLAINT
                                    :
ONE 2004 GRAY GMC ENVOY,            :         07 Civ.
                                    :
            Defendant-in-rem.       :
                                    :
------------------------------------X

       Plaintiff United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, for its complaint alleges as follows:

I.   NATURE OF THE ACTION

       1.   This action is brought pursuant to 21 U.S.C. § 881 by the United States of America seeking the forfeiture of One 2004 Gray GMC Envoy with Vehicle Identification Number 1GKDT13S842431891, Virginia license plate number JYY2299 ("the defendant vehicle"). The action arises from the use of the defendant vehicle in the transportation, receipt, and possession of narcotics, the intended proceeds of which were discovered during a consensual search of the defendant vehicle on June 15, 2007.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is proper under 28 U.S.C. §§ 1355(a) and 1395 because the acts and omissions giving rise to the forfeiture occurred in the Southern District of New York, the action accrued in the Southern District of New York and the defendant vehicle was found and seized within the Southern District of New York.

3. The defendant vehicle is presently in the custody of the United States Marshals Service ("USMS") in the Defense Support Services, LLC, storage facility at 40A Cotters Lane, East Brunswick, New Jersey, 08816.

## III. PROBABLE CAUSE FOR FORFEITURE

4. On or about June 15, 2007, New York Drug Enforcement Task Force ("NYDETF") Group T-23 Task Force Officer Detective Politoski received information from a confidential source ("CS") about a possible narcotics transaction involving multiple kilograms of cocaine in the Washington Heights neighborhood of Manhattan. Based on information provided by the confidential source, Detective Politoski conducted a stop of a 2004 GMC Envoy bearing Virginia license plate JYY2299. The 2004 GMC Envoy was later determined to be registered to Vince Lamont Staples, of Hampton, Virginia. The driver of the vehicle was Pedro Pabon.

5. Pabon gave Detective Politoski verbal consent to search the vehicle. Pursuant to Task Force procedures, the 2004 GMC Envoy was transported to the 30th Precinct, where a search of the vehicle resulted in the discovery of a hidden compartment under the back seat of the vehicle. During the search of the car, a New York State Trooper assigned to the NYDETF, Investigator Torres, removed from the hidden compartment $49,000 in United States Currency.

6. Pabon made a verbal statement to Detective Politoski and NYPD Sergeant Nappi while at the 30th precinct, stating that the GMC Envoy was not his car and he did not know anything about the hidden compartment or the money. The 2004 GMC Envoy, with Vehicle Identification Number 1GKDT13S842431891, and the $49,000 in United States Currency, were seized, and Pabon was arrested on narcotics charges.

## IV. CLAIM FOR FORFEITURE

7. Incorporated herein are the allegations contained in paragraphs one through six of the Complaint.

8. Pursuant to 21 U.S.C. § 881(a)(4), vehicles which are used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of, controlled substances which have been manufactured, distributed, dispensed, or acquired in violation of Title 21 of the United States Code, are subject to seizure and

forfeiture to the United States, and no property right exists in such property.

9. The defendant vehicle was used and was intended for use to transport and to facilitate the transportation, sale, receipt, possession, and concealment of cocaine.

10. By reason of the foregoing, the defendant vehicle became and is subject to forfeiture to the United States of America, pursuant to 21 U.S.C. § 881.

WHEREFORE, plaintiff United States of America prays that process issue to enforce the forfeiture of the defendant vehicle and that all persons having an interest in the defendant vehicle be cited to appear and show cause why the forfeiture should not be decreed; and that this Court decree forfeiture of the defendant vehicle to the United States of America for disposition according to law; and that this Court grant plaintiff such further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: New York, New York
       November 27, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff
United States of America

By: _____
SHARON A. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-2329

VERIFICATION

STATE OF NEW YORK            )
COUNTY OF NEW YORK           :
SOUTHERN DISTRICT OF NEW YORK )

SABRINA MAY, being duly sworn, deposes and says that she is a Special Agent with the Drug Enforcement Administration, New York Drug Enforcement Task Force, and as such has responsibility for the within action; that she has read the foregoing complaint and knows the contents thereof, and that the same is true to the best of her own knowledge, information and belief.

The sources of deponent's information and the grounds of her belief are official records and files of the New York City Police Department, the State of New York, and the United States Government, and information obtained directly by deponent during an investigation of alleged violations of Title 21, United States Code.

_____
SABRINA MAY
Special Agent
New York Drug Enforcement Task Force
Drug Enforcement Administration

Sworn to before me this
27th day of November, 2007

_____
NOTARY PUBLIC
MICHAEL B. MANELIC
Notary Public, State of New York
No. 02MA6088084
Qualified in New York County
Commission Expires May 10, 2011