# U.S. Department of Justice
## United States Marshals Service

**ORIGINAL**

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 Civ 10630 (RJH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One 2004 Gray GMC Envoy | Publication |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sandy Moo, USMS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
ATTENTION: Renee Spilker

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                      Fold

Please publish the following notice of publication in a newspaper of general circulation (only publish once)

CATS #07-DEA-485881 Please return to paralegal Renee Spilker, 212-637-1074

| Signature of Attorney or other Originator requesting service on behalf of: AUSA Sharon Frase /s/ | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2329 | DATE<br>12/5/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk<br>Sandy Moo | Date<br>1/25/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 2/26/08   Time   am / pm

Signature of U.S. Marshal or Deputy   Sandy Moo

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

**REMARKS:** 2/26/08 - Notice was published in the New York Law Journal on February 13, 2008. (copy attached)

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
*County of New York,* s:

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** one time on the 13th day of February, 2008.

TO WIT: FEBRUARY 13, 2008

*Cynthia Byrd*

SWORN TO BEFORE ME, this 13th day Of February, 2008.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

---

**MISCELLANEOUS**

USA-33s-100-
NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK — On November 27, 2007, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 21 U.S.C. § 881, for One 2004 Gray GMC Envoy, 07 Civ. 10630(RJH).

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by March 14, 2008, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

FOR NOTICE OF FUTURE PUBLICATIONS GO TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the of the Supplemental Rules of Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.

Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.

Once this site is fully operational (tentative launch January 2008), civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website will contain a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

Dated: New York, New York December, 2007
MICHAEL J. GARCIA
U.S. Attorney/SDNY

JOSEPH R. GUCCIONE
U.S. Marshal/SDNY

963173                    f2-1t

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA,

        Plaintiff,

    - v -

ONE 2004 GRAY GMC ENVOY,

        Defendant-in-rem.

---

## PUBLICATION AFFIDAVIT
## 07 CIV 10630 (RJH)

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2329


                              SHARON FRASE
                              **Assistant United States Attorney**
                              **-Of Counsel-**