MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SHARON FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,                :

           - v -                           :   NOTICE OF MOTION
                                               FOR DEFAULT JUDGMENT
ONE 2004 GRAY GMC ENVOY,                 :   07 Civ. 10630 (RJH)
                                         :
        Defendant-in-rem.
                                         :
------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying declaration of Sharon Frase, Assistant United States Attorney, dated March 19, 2008, and the accompanying Clerk's Certification, plaintiff United States of America by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, hereby moves before the Honorable Richard J. Holwell, United States District Judge, for an Order of

Default Judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
        March 19, 2008

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York
                        United States of America

By: _____
    SHARON FRASE (SF-4906)
    Assistant United States Attorney
    One St. Andrews Plaza
    New York, New York  10007
    (212) 637-2329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  - v -

ONE 2004 GRAY GMC ENVOY,

        Defendant-in-rem.

---

## NOTICE OF MOTION FOR DEFAULT JUDGMENT
## 07 CIV 10630 (RJH)

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2329

        SHARON FRASE
        **Assistant United States Attorney**
        -Of Counsel-